# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 11-34E |
| ) | |
| GREGORY GARRETT BROWN ) | |

## MEMORANDUM ORDER

Presently before the Court is Gregory Garrett Brown's pro se Motion for Credit for Time Served (ECF No. 88) and supporting Brief (ECF No. 89). In his Motion, Mr. Brown asks the Court to credit him for time he served while in the North east Ohio Correctional Center under the custody of the United States Marshal. The determination of credit for time a defendant has served is calculated by the Bureau of Prisons pursuant to 18 U.S.C. § 3585(b). If there was a miscalculation by the Bureau of Prisons or if Mr. Brown seeks a recalculation of his prior time served he must first seek relief from the Bureau of Prisons.

AND NOW, to-wit, this 7th day of March, 2016 it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion for Credit for Time Served (ECF No. 88) be and hereby is DENIED.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc: Gregory Garrett Brown, pro se
GQ-0338
1 Kelley Drive
Coal Township, PA  17866-1021

Gregory Garrett Brown, pro se
GQ-0338
1000 Follies Road
Dallas, PA  18612